```
JS 44C/SDNY                          CIVIL COVER SHEET
REV.
10/01/2020    The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or
              other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the
              United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.
```

PLAINTIFFS
MARIA MORERIA, OFELIA MARTINEZ, DENISE MORINI, CHAZ-ELLIOT PROUT, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

DEFENDANTS
COMMUNITY OPTIONS, INC., and COMMUNITY OPTIONS NEW YORK, INC.,

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
C.K. Lee, Esq., Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor, New York, NY 10011
Tel.: (212) 465-1188

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

The Fair Labor Standards Act, as amended, 29 USC §§ 201 et seq.; Plaintiff seeks relief for unpaid wages and other compensation

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]    Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?     No [x]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

                              TORTS                                                            ACTIONS UNDER STATUTES

**CONTRACT**          **PERSONAL INJURY**      **PERSONAL INJURY/**            **FORFEITURE/PENALTY**   **BANKRUPTCY**              **OTHER STATUTES**

[ ] 110  INSURANCE          [ ] 310 AIRPLANE           [ ] 367 HEALTHCARE/PHARMACEUTICAL PERSONAL   [ ] 625 DRUG RELATED       [ ] 422 APPEAL               [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT   INJURY/PRODUCT LIABILITY                     SEIZURE OF PROPERTY            28 USC 158               [ ] 376 QUI TAM
[ ] 130  MILLER ACT                LIABILITY          [ ] 365 PERSONAL INJURY                       21 USC 881                 [ ] 423 WITHDRAWAL           [ ] 400 STATE
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &         PRODUCT LIABILITY                      [ ] 690 OTHER                  28 USC 157                     REAPPORTIONMENT
         INSTRUMENT                 SLANDER           [ ] 368 ASBESTOS PERSONAL                                                                              [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL                  INJURY PRODUCT                                                                                  [ ] 430 BANKS & BANKING
         OVERPAYMENT &              EMPLOYERS'               LIABILITY                              **PROPERTY RIGHTS**                                      [ ] 450 COMMERCE
         ENFORCEMENT                LIABILITY                                                                                                                [ ] 460 DEPORTATION
         OF JUDGMENT        [ ] 340 MARINE            **PERSONAL PROPERTY**                         [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT    [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                                                  [ ] 830 PATENT                                                 ENCED & CORRUPT
[ ] 152  RECOVERY OF                LIABILITY         [ ] 370 OTHER FRAUD                           [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION              ORGANIZATION ACT
         DEFAULTED          [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                      [ ] 840 TRADEMARK                                              (RICO)
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                                                                            [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)            PRODUCT LIABILITY                                                                          **SOCIAL SECURITY**           [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL                                                  **LABOR**                                                      PROTECTION ACT
         OVERPAYMENT                INJURY            [ ] 380 OTHER PERSONAL                                                   [ ] 861 HIA (1395ff)
         OF VETERAN'S       [ ] 362 PERSONAL INJURY -        PROPERTY DAMAGE                        [X] 710 FAIR LABOR         [ ] 862 BLACK LUNG (923)
         BENEFITS                   MED MALPRACTICE   [ ] 385 PROPERTY DAMAGE                              STANDARDS ACT       [ ] 863 DIWC/DIWW (405(g))    [ ] 490 CABLE/SATELLITE TV
[ ] 160  STOCKHOLDERS                                        PRODUCT LIABILITY                      [ ] 720 LABOR/MGMT         [ ] 864 SSID TITLE XVI        [ ] 850 SECURITIES/
         SUITS                                                                                             RELATIONS           [ ] 865 RSI (405(g))                COMMODITIES/
[ ] 190  OTHER                                        **PRISONER PETITIONS**                        [ ] 740 RAILWAY LABOR ACT                                      EXCHANGE
         CONTRACT                                     [ ] 463 ALIEN DETAINEE                        [ ] 751 FAMILY MEDICAL     **FEDERAL TAX SUITS**         [ ] 890 OTHER STATUTORY
[ ] 195  CONTRACT                                     [ ] 510 MOTIONS TO                            LEAVE ACT (FMLA)                                               ACTIONS
         PRODUCT            **ACTIONS UNDER STATUTES**      VACATE SENTENCE                                                    [ ] 870 TAXES (U.S. Plaintiff or [ ] 891 AGRICULTURAL ACTS
         LIABILITY                                           28 USC 2255                            [ ] 790 OTHER LABOR              Defendant)
[ ] 196  FRANCHISE          **CIVIL RIGHTS**          [ ] 530 HABEAS CORPUS                         LITIGATION                 [ ] 871 IRS-THIRD PARTY       [ ] 893 ENVIRONMENTAL
                                                      [ ] 535 DEATH PENALTY                        [ ] 791 EMPL RET INC              26 USC 7609                  MATTERS
                            [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER                           SECURITY ACT (ERISA)                                [ ] 895 FREEDOM OF
**REAL PROPERTY**                  (Non-Prisoner)                                                                                                                  INFORMATION ACT
                            [ ] 441 VOTING                                                                                                                   [ ] 896 ARBITRATION
[ ] 210  LAND               [ ] 442 EMPLOYMENT                                                      **IMMIGRATION**                                          [ ] 899 ADMINISTRATIVE
         CONDEMNATION       [ ] 443 HOUSING/          **PRISONER CIVIL RIGHTS**                                                                                    PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE                ACCOMMODATIONS                                                  [ ] 462 NATURALIZATION                                         APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &       [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS                                APPLICATION
         EJECTMENT                  DISABILITIES -    [ ] 555 PRISON CONDITION                      [ ] 465 OTHER IMMIGRATION    [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND              EMPLOYMENT        [ ] 560 CIVIL DETAINEE                              ACTIONS                       STATE STATUTES
[ ] 245  TORT PRODUCT       [ ] 446 AMERICANS WITH          CONDITIONS OF CONFINEMENT
         LIABILITY                  DISABILITIES -OTHER
[ ] 290  ALL OTHER          [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

                                              DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
[✓] CHECK IF THIS IS A CLASS ACTION           AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
    UNDER F.R.C.P. 23                         IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO                NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

| (PLACE AN x IN ONE BOX ONLY) | | | ORIGIN | | | | |
|---|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation (Transferred) | [ ] 7 Appeal to District Judge from Magistrate Judge | |
| | [ ] a. all parties represented | | | | [ ] 8 Multidistrict Litigation (Direct File) | | |
| | [ ] b. At least one party is pro se. | | | | | | |

(PLACE AN x IN ONE BOX ONLY)     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [x] 3 FEDERAL QUESTION    [ ] 4 DIVERSITY

(U.S. NOT A PARTY)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

MARIA MORERIA, OFELIA MARTINEZ, DENISE MORINI, and CHAZ-ELLIOT PROUT,
c/o LEE LITIGATION GROUP, PLLC,
148 West 24th Street, Eighth Floor, New York, NY 10011
(New York County)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

COMMUNITY OPTIONS, INC. - ATT: ROBERT STACK, 15 Thompson Street, Bordentown, NJ 08505
COMMUNITY OPTIONS NEW YORK, INC. - Suite 210, 45 John Street, New York, NY 10038

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE 05/20/2021    /s/ C.K. Lee
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. Dec Yr. 2008 )

RECEIPT #    Attorney Bar Code # CL 4086

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)