# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
cklee@leelitigation.com

June 22, 2021

**<u>Via ECF</u>**
The Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Moreria et al v. Community Options, Inc. et al*
      <u>Case No. 21-cv-04545 (JPC)</u>

Dear Judge Cronan,

  We represent Plaintiffs in the above-referenced matter and write jointly with Defendants' counsel to inform the Court that pursuant to Plaintiffs' Arbitration Agreements in this matter, Plaintiffs have filed a Notice of Dismissal without prejudice. The Notice of Dismissal will extinguish the case before Your Honor and Plaintiffs will pursue this action in Arbitration.

  We thank the Court for its attention to this matter.


Respectfully submitted,

<u>/s/ C.K. Lee</u>
C.K. Lee, Esq.

cc: all parties via ECF