UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MORERIA, OFELIA MARTINEZ, DENISE MORINI, CHAZ-ELLIOT PROUT, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

COMMUNITY OPTIONS, INC., and COMMUNITY OPTIONS NEW YORK, INC.,

Defendants.

**Case No.:** 21-cv-04545

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendants COMMUNITY OPTIONS, INC., and COMMUNITY OPTIONS NEW YORK, INC., are hereby dismissed from this action, without prejudice and without costs or attorneys' fees to any party. There has been no settlement and Plaintiffs intend to pursue their claims through parties' arbitration agreements.

Dated: June 22, 2021
New York, New York

By: /s/ C.K. Lee
C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorney for Plaintiffs, FLSA Collective Plaintiffs, and the Class*

In light Plaintiffs' notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Date: June 23, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

1